|   |   |
|---|---|
| Jeff Michael Welch, | No. CV 09-0706 PHX-NVW (LOA) |
| Petitioner, | **ORDER** |
| v. |  |
| Charles L. Ryan, et al., |  |
| Respondents. |  |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Pending before the court is the Report and Recommendation ("R&R") of Magistrate Judge Anderson (Doc. # 13) regarding petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. # 1). The R&R recommends that the Respondents' Motion to Dismiss (Doc. # 11) be granted and that the Petition be dismissed without prejudice. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R. (R&R at 4 (citing 28 U.S.C. § 636(b)). The court has also considered Petitioner's late response, in which he raises no objection to the dismissal of this premature Petition. (Doc. # 14.) The court has also considered the Magistrate Judge's Supplement to Report and Recommendation (doc. # 15), which requires no response, as it informs the court of the status of the filings and of Petitioner's consent to dismissal without prejudice.

The court has reviewed the R&R and finds that it is well taken. The court will accept the R&R and dismiss the Petition without prejudice. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

| | |
|---|---|
| 1 | IT IS THEREFORE ORDERED that Report and Recommendation of the Magistrate Judge (Doc. # 13) and the Supplement to Report and Recommendation (doc. # 15) are accepted. |
| 2 | |
| 3 | |

IT IS THEREFORE ORDERED that Report and Recommendation of the Magistrate Judge (Doc. # 13) and the Supplement to Report and Recommendation (doc. # 15) are accepted.

IT IS FURTHER ORDERED that the Respondents' Motion to Dismiss (Doc. # 11) is granted.

IT IS FURTHER ORDERED that the Clerk of the Court enter judgment dismissing petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. # 1) without prejudice. The Clerk shall terminate this action.

DATED this 1st day of September, 2009.

_____
Neil V. Wake
United States District Judge